1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ATLANTIC RECORDING CORP., et al.,

11          Plaintiffs,                    No. CIV S-06-2293 MCE KJM

12    vs.

13    MICHAEL PLATT,

14          Defendant.                     <u>FINDINGS AND RECOMMENDATIONS</u>

15    _____/

16          Plaintiff's motion for default judgment was submitted on the papers.  Upon

17    review of the documents in support, no opposition having been filed, and good cause appearing

18    therefor, THE COURT FINDS AS FOLLOWS:

19          The complaint in this matter was served upon defendant and proof of service was

20    filed November 20, 2006.  <u>Cf</u>. <u>Pacific Atlantic Trading Co. v. M/V Main Express</u>, 758 F.2d

21    1325, 1331 (9th Cir. 1985) (noting that default judgment void without personal jurisdiction).

22    The Clerk of the Court entered default against defendant on December 6, 2006.  Plaintiff's

23    present motion for entry of default judgment was served by mail on defendant at defendant's last

24    known address.

25          Entry of default effects an admission of all well-pleaded allegations of the

26    complaint by the defaulted party.  <u>Geddes v. United Financial Group</u>, 559 F.2d 557, 560 (9th Cir.

1  1977).  Entry of default judgment is proper where, as in the present case, the facts established by

2  the default support the causes of action pled in the complaint.  The complaint and the affidavits

3  filed in support of the motion for entry of default judgment also support the finding that plaintiff

4  is entitled to the relief requested in the prayer for default judgment, which does not differ in kind

5  from the relief requested in the complaint.  Henry v. Sneiders, 490 F.2d 315, 317 & n.2 (9th Cir.

6  1974).  There are no policy considerations to preclude the entry of default judgment of the type

7  requested.  See Eitel v. McCool, 782 F.2d 1470, 1471-72 (9th Cir. 1986) (enumerating factors to

8  be considered).

9          Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's motion for entry

10  of default judgment be GRANTED.  A proposed judgment was filed by plaintiff on February 7,

11  2007 (docket no. 13, Exhibit 5) and is approved as to form and substance.

12          These findings and recommendations are submitted to the District Judge assigned

13  to this matter, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being

14  served with these findings and recommendations, any party may file written objections with the

15  court and serve a copy on all parties.  Such a document should be captioned "Objections to

16  Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served

17  and filed within ten days after service of the objections.  The parties are advised that failure to

18  file objections within the specified time may waive the right to appeal the District Court's order.

19  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

20  DATED:  April 26, 2007.

21

22  _____

    U.S. MAGISTRATE JUDGE

23  006
    atlantic-platt.def

24

25

26