IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC RECORDING CORP., et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>MICHAEL PLATT,<br><br>        Defendant.<br>_____/ | No. 2:06-CV-02293-MCE-KJM<br><br><br><br>ORDER |

    Plaintiffs filed the above-entitled actions. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On April 27, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiffs and which contained notice to plaintiffs that any objections to the findings and recommendations were to be filed within ten days. Plaintiffs have not filed objections to the findings and recommendations.

///

1

1     The court has reviewed the file and finds the findings and
2 recommendations to be supported by the record and by the
3 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
4 that:
5     1.  The findings and recommendations filed April 27, 2007,
6 are adopted in full; and
7     2.  Plaintiffs' motion for entry of default judgment is
8 granted.  A proposed judgment was filed by plaintiffs on
9 February 7, 2007 (docket no. 13. Exhibit 5) and is approved as to
10 form and substance.

Dated: June 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2